United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 09, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-31753** |
| **AISHA T. WALDRUP,** | § | |
| | § | **CHAPTER 13** |
| **Debtor.** | § | |
| | § | |
| **AISHA WALDRUP & HOUSEHOLD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 24-3282** |
| | § | |
| **FREEDOM MORTGAGE CORPORATION, *et al.*,** | § | |
| | § | |
| **Defendants.** | | |

**ORDER DISMISSING PARTIES WITHOUT PREJUDICE**

For the reasons stated on the record at the July 8, 2025 hearing, Cardinal Financial Co. and Dovenmuehle Mortgage are dismissed from this adversary proceeding without prejudice.

SIGNED 07/09/2025

Marvin Isgur
United States Bankruptcy Judge