United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 10, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-31753** |
| **AISHA T. WALDRUP,** | § | |
| | § | **CHAPTER 13** |
| **Debtor.** | § | |
| | § | |
| | § | |
| **AISHA WALDRUP & HOUSEHOLD,** | § | **ADVERSARY NO. 24-3281** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **JEFF LEVA, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| **AISHA WALDRUP & HOUSEHOLD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 24-3282** |
| | § | |
| **FREEDOM MORTGAGE CORPORATION, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| **AISHA WALDRUP & HOUSEHOLD,** | § | **ADVERSARY NO. 25-3323** |
| | § | |
| **Plaintiff,** | § | |
| | § | |

| | |
|---|---|
| **VS.** | **§** |
| | **§** |
| **FREEDOM MORTGAGE CORPORATION, et al.,** | **§** |
| | **§** |
| | **§** |
| **Defendants.** | **§** |

**ORDER**

For the reasons stated on the Memorandum Opinion entered on this date, the Court orders:

1. In Adversary Proceeding No. 24-3281, Waldrup's motion for relief from judgment is denied.
2. In Adversary Proceeding No. 24-3282, Waldrup's complaint is dismissed with prejudice.
3. In Adversary Proceeding No. 25-3323, Waldrup's complaint is dismissed with prejudice.

SIGNED 10/10/2025

Marvin Isgur
United States Bankruptcy Judge