United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AISHA WALDRUP & HOUSEHOLD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:24-CV-03275 |
| VS. | § | ADVERSARY CASE NO. 24-03282 |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Notice of Opinion filed by Defendant Freedom Mortgage Corporation. Doc. #70. On May 7, 2025, this case was referred to the United States Bankruptcy Court for the Southern District of Texas pursuant to General Order 2012-6. Doc. #57. The Bankruptcy Court exercised jurisdiction under 28 U.S.C. 1334(b) and opened Adversary Proceeding No. 24-03282. On October 10, 2025, the Bankruptcy Court dismissed the Adversary Proceeding, concluding this matter. *See Aisha Waldrup & Household v. Freedom Mortgage Corporation, et al.*, Adv. No. 24-3282, ECF No. 90 (Bankr. S.D. Tex. Oct. 10, 2025).

Accordingly, all pending motions in this case are DENIED as MOOT. The Clerk of Court is directed to CLOSE this case.

It is so ORDERED.

NOV 17 2025
Date

The Honorable Alfred H. Bennett
United States District Judge

United States Bankruptcy Court
Southern District of Texas

Aisha Waldrup & Household,
Plaintiff
Freedom Mortgage Corporation,
Defendant

Adv. Proc. No. 24-03282-mi

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 2
Date Rcvd: Nov 18, 2025 Form ID: pdf002 Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Archwell Management LLC |
| dft | | Equifax Inc |
| dft | | Experian Inc |
| dft | | Freedom Holdings Corporation |
| dft | | Freedom Mortgage Corporation |
| dft | | ICE Mortgage Services LLC |
| dft | | Jeff Leva |
| dft | | MERS Inc |
| dft | | Mortgage Electronic Registration System Inc |
| dft | | Nestor Solutions LLC |
| dft | | Stanley Middleman |
| dft | | Transunion Inc |

TOTAL: 12 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aisha Waldrup & Household | joy4aisha@gmail.com |
| Kathryn Buza Davis | on behalf of Defendant Stanley Middleman kdavis@mcglinchey.com kathryn-davis-0740@ecf.pacerpro.com;lweaver@mcglinchey.com;afoster@mcglinchey.com |

Kathryn Buza Davis
on behalf of Defendant Nestor Solutions LLC kdavis@mcglinchey.com
kathryn-davis-0740@ecf.pacerpro.com;lweaver@mcglinchey.com;afoster@mcglinchey.com

Kathryn Buza Davis
on behalf of Defendant Freedom Mortgage Corporation kdavis@mcglinchey.com
kathryn-davis-0740@ecf.pacerpro.com;lweaver@mcglinchey.com;afoster@mcglinchey.com

Kathryn Buza Davis
on behalf of Defendant Mortgage Electronic Registration System Inc kdavis@mcglinchey.com
kathryn-davis-0740@ecf.pacerpro.com;lweaver@mcglinchey.com;afoster@mcglinchey.com

Kathryn Buza Davis
on behalf of Defendant ICE Mortgage Services LLC kdavis@mcglinchey.com
kathryn-davis-0740@ecf.pacerpro.com;lweaver@mcglinchey.com;afoster@mcglinchey.com

Kathryn Buza Davis
on behalf of Defendant Archwell Management LLC kdavis@mcglinchey.com
kathryn-davis-0740@ecf.pacerpro.com;lweaver@mcglinchey.com;afoster@mcglinchey.com

Kathryn Buza Davis
on behalf of Defendant Jeff Leva kdavis@mcglinchey.com
kathryn-davis-0740@ecf.pacerpro.com;lweaver@mcglinchey.com;afoster@mcglinchey.com

TOTAL: 8